Argued December 7—decided December 7, 1976

STATE OF CONNECTICUT *v.* PETER D. BURNS

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with

proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before February 1, 1977, files his brief.

*James D. Cosgrove,* chief public defender, for the appellant (defendant).

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

Argued December 7—decided December 7, 1976